
USCA1 Opinion

	




       [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT]
                 United States Court of Appeals
                     For the First Circuit





No. 99-1131

                         ASYA ZIMBOVSKY,

                      Plaintiff, Appellant,

                                v.

                  COMMONWEALTH OF MASSACHUSETTS,

                       Defendant, Appellee.



           APPEAL FROM THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF MASSACHUSETTS

             [Hon. Mark L. Wolf, U.S. District Judge]



                              Before

                    Selya, Boudin and Lynch,
                        Circuit Judges.
                                
                                
                                
                                
                                
     Asya Zimbovsky on brief pro se.





August 3, 1999



                                
                                


  
            Per Curiam.  Although this purports to be an appeal
  by plaintiff Asya Zimbovsky (who signed the complaint in the
  district court), the notice of appeal and the brief were signed
  by Anina Rasten, who refers to herself as a co-plaintiff,
  although Rasten did not sign the complaint.  Further, although
  the brief challenges the district court's order of December 7,
  1998, dismissing the complaint as frivolous, pursuant to 28
  U.S.C.  1915(e), the notice of appeal only references a
  December 29, 1998 order denying Rasten's motion to consolidate
  the instant case with a separate matter filed by Rasten (that,
  it appears, was, itself, dismissed).  Moreover, while the
  notice of appeal was timely from the one order that it did
  reference (the December 29 order), it was not timely from the
  only order (the December 7 order) that the brief addresses.
            In all events, there was neither error nor abuse of
  discretion in the district court's disposition of this case and
  its dismissal of the case and denial of the motion to
  consolidate are affirmed.
            The "motion to change caption" is denied.
            The orders of the district court are affirmed.  Loc.
  R. 27.1.

